# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| | ) | |
| MARK ANTHONY LEE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 11-1895 (BAH) |
| | ) | |
| ISAAC FULWOOD, JR. *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## MEMORANDUM

By Order of April 16, 2012, Petitioner was directed to respond by May 17, 2012, to the Government's opposition to his petition for a writ of habeas corpus or risk summary dismissal of the petition, ECF No. 9. Petitioner has neither filed a response nor moved for additional time to do so. He therefore has not opposed Respondents' documented reasons for denying the petition, *see* Gov't's Opp'n to Pet'r's Pet. for a Writ of Habeas Corpus, ECF No. 8, at 4-7, with which the Court agrees and adopts for the purpose of denying the petition. A separate final order accompanies this Memorandum.

/s/ *Beryl A. Howell*

UNITED STATES DISTRICT JUDGE

DATE: June 4, 2012